■ SAMUEL B. LESSER, as Trustee, Respondent, v. WEST ALBANY WAREHOUSE, INC., Appellant, et al., Defendants.—

P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.